ANDRÉ BIROTTE JR.  
United States Attorney  
LEON W. WEIDMAN  
Assistant United States Attorney  
Chief, Civil Division  
MARY BETH O'CONNOR, CSBN 228591  
Special Assistant United States Attorney  
  Social Security Administration  
  333 Market St., Suite 1500  
  San Francisco, CA  94105  
  Telephone: (415) 977-8929  
  Facsimile: (415) 744-0134  
  Email: mary.beth.oconnor@ssa.gov  
Attorneys for Defendant

JS-6 / ENTERED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CURTIS,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>  Defendant. | Case No.: CV 12-6737 JPR<br><br>**JUDGMENT OF REMAND** |

  The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: November 27, 2012

                 /s/ Jean Rosenbluth  
                 HON. JEAN ROSENBLUTH  
                 UNITED STATES MAGISTRATE JUDGE