1  Laura E. Krank
   Attorney at Law: 220208
2  Law Offices of Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562)432-2935
   E-mail: rohlfing.kalagian@rksslaw.com
5
   Attorneys for Plaintiff
6  James Curtis

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | JAMES CURTIS,                        ) Case No.: CV 12-6737 JPR
   |                                     )
12 |         Plaintiff,                  ) ORDER AWARDING EQUAL
   |                                     ) ACCESS TO JUSTICE ACT
13 |     vs.                             ) ATTORNEY FEES AND EXPENSES
   |                                     ) PURSUANT TO 28 U.S.C. § 2412(d)
14 | MICHAEL J. ASTRUE,                  )
   | Commissioner of Social Security,    )
15 |                                     )
   |         Defendant                   )
16 |                                     )

17

18        Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses:

20        IT IS ORDERED that fees and expenses in the amount of $800.00 as

21 authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

22 DATE:  February 20, 2013

23                                           _____
                                             HONORABLE JEAN P. ROSENBLUTH
24                                           UNITED STATES MAGISTRATE JUDGE

25

26

-1-